

THE MOORISH NATIONAL REPUBLIC FEDERAL GOVERNMENT NORTHWEST
AFRICA
THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD
Northwest Amexem/ Northwest Africa/ North America
"The North Gate"
Societas Republicae Ea Al Maurikanos
Aboriginal and Indigenous Natural peoples of the land.
The true and de jure Al Moroccans/ Americans

Affidavit of fact
Writ of Discovery

5 : 15-CV- 145

For the record, to be read into record
Notice to the Agent is notice to principal- notice to principal is notice to Agent.

To: Superior court of Bibb County
(Criminal warrants division)
601 Mulberry Street, Suite 310
Macon, Georgia, Republic,
[31201] United states of America, Northwest America

Petitioner:
Baba Okotie-Eboh-Bey
Authorized Representative
Natural Person, In Propria Persona:
Ex Relatione: David Dentez Brown
All Rights Reserved: U.C.C. 1-207/1-308/1-103
Not a Corporate Person or Entity, Misrepresented by Fraudulent Construct of ALL CAPITAL
LETTERS
Georgian Cherokee Territory
[C/o 2690 Tredway Dr
Macon, Georgia [Zip Exempt]
Northwest Amexem
Non-Domestic

Notice of

## EX PARTE DAVIS, 344 SW 2d 925 (1976)

COMES NOW, Baba Okotie-Eboh-Bey, Natural Person, In Propria Persona Sui Juris; Ex Relatione: David Dentez Brown (not to be confused with, Not a Corporate Person or Entity, Misrepresented by Fraudulent Construct of ALL CAPITAL LETTERS nor substituted by, Pro Se by unauthorized hand of another). I am Aboriginal Indigenous Moorish- Native American; possessing Free-hold by Inheritance and Primogeniture Status; standing squarely Affirmed, aligned and bound to the Zodiac Constitution, with all due respect and honors given to the Constitution for the United States Republic, North America. Being a descendant of Moroccans and born in America, with the blood of the Ancient Moabites from the Land of Moab, who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa / North Gate. The Moors are the founders and are the true possessors of the present Moroccan Empire; with our Canaanite, Hittite and Amorite brethren, who sojourned from the land of Canaan, seeking new homes. Our dominion and inhabitation extended from Northeast and Southwest Africa, across the Great Atlantis, even unto the present North, South and Central America and the Adjoining Islands-bound squarely affirmed to THE TREATY OF PEACE AND FRIENDSHIP OF SEVENTEEN HUNDRED AND EIGHTY-SEVEN (1787) A.D. superseded by THE TREATY OF PEACE AND FRIENDSHIP OF EIGHTTEEN HUNDRED and THIRTY-SIX (1836) A.D. between Morocco and the United States the same as displayed under Treaty Law, Obligation, Authority as expressed in Article VI of the Constitution for the United States of America (Republic):

### THE TREATY OF PEACE AND FRIENDSHIP OF 1836 A.D.
### Between Morocco and the United States

#### Article 20
"If any of the Citizens of the United States, or any Persons under their Protection, shall Have any disputes with each other, the Consul shall decide between the Parties, and whenever the Consul shall require any Aid or Assistance from our Government, to enforce his decisions, it shall be immediately granted to him."

#### Article 21
"If any Citizen of the United States should kill or wound a Moor, or, on the contrary, if a Moor shall kill or wound a Citizen of the United States, the Law of the Country shall take place, and equal Justice shall be rendered, the Consul assisting at the Trial; and if any Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever."
Petitions this court to order, Bobby Cagle, and or Georgia Division of child support services DHS to nullify, dismiss and/or close (alleged) child support cases, to cease and desist any further communication and/or correspondence referencing Georgia Division of child support services, compelling Petitioner (under threat, duress, and coercion) to make payments Bobby Cagle, and or Georgia Division of child support services DHS.


In support of this petition/Action I submit the following: FACTS
Federal statues guarantee (to the Petitioner) protection of his rights to be free from unlawful child support or any kind of garnishment.

Furthermore, these Federal statues guarantee protection (to the Petitioner) from having "imputed income" orders.

That, child support is a civil matter and there is no probable cause to seek or issue body attachment, bench warrant, or arrest in child support matters because it is a civil matter. The use of such instruments (body attachment, bench warrants, arrests, etc.) presumably is a method to "streamline" arresting people for child support and circumventing the Fourth Amendment to the United States Constitution, and is used as a debt-collecting tool using unlawful arrests, imprisonment, etc. to collect a debt or perceived debt.

The arrest of non-custodial parents in which men make up significant majority of the "arrestees", is "gender profiling", "gender biased discrimination" and a "gender biased hate crime" in that it violates the Equal Protection Clause of the Fourteenth Amendment. Under U.S. v. Rylander ignorance of the order or the inability to comply with the child support order, or as in this case, to pay, would be a complete defense to any contempt sanction, violation of a court order or violation of litigant's rights.

A man, pursuant to the Equal Protection Clause of the Constitution of the United States, cannot be arrested in a civil matter as a woman is not.

When a citizen is attempting to enforce the Constitution, as herein shown, he is doing so "not for himself alone but also [for others] as a 'private attorney general' vindicating a policy

That [the Constitution writers] considered of the highest priority." Newman v Piggie Park Enterprises, 390 US 400; 88 S Ct 964, 966; 19 L Ed 2d 1263, 1265 (1969); Oatis v Crown Zellerbach Corp, 398 F2d 496, 499 (CA 5, 1968); and Jenkins v United Gas Corp, 400 F2d 28, 33 n 10 (CA 5, 1968).

There is no escaping the fact that there is no probable cause in a civil matter to arrest or issue body attachment. "Probable cause" to arrest requires a showing that both a crime has been, or is being committed, and that the person sought to be arrested committed the offense. U.S.C.A. Const. Amend. 4. In the instant case, no probable cause can exist, because the entire matter has arisen out of a civil case.

Therefore, seeking of body attachment, bench warrant, or arrest by said agencies, and/or issuing of the same by the court, in this civil case would be against the law and the Constitution.

Every U.S. Court of Appeals that has addressed this issue, has held that child support is a common, commercial (and civil) debt, See, U.S. v. Lewko, 269 F.3d 64, 68-69 (Ist Cir. 2001)(citations omitted) and U.S. v. Parker, 108 F.3d 28, 31 (3rd Cir. 1997) Allen v. City of Portland, 73 F.3d 232 (9th Cir. 1995), the Ninth Circuit Court of Appeals (citing cases from the U.S. Supreme Court, Fifth, Seventh, Eighth and Ninth Circuits)"by definition, probable cause to arrest can only exist in relation to criminal conduct; civil disputes cannot give rise to probable cause"; Paffv. Kaltenbach, 204 F.3d 425, 435 (3rd Cir. 2000) (Fourth Amendment prohibits law enforcement officers from arresting citizens without probable cause. See, Illinois v. Gates, 462 U.S. 213 (1983), therefore, no body attachment, bench warrant or arrest order may be issued.

If a person is arrested on less than probable cause, the United States Supreme Court has long recognized that the aggrieved party has a cause of action under 42 U.S.C. §1983 for violation of Fourth Amendment rights. Pierson v. Ray, 386 U.S. 547, 87 S. Ct. 1213 (1967).
Harlow v. Fitzgerald, 457 U.S. 800, 818 (there can be no objective reasonableness where officials violate clearly established constitutional rights such as--
(A) United States Constitution, Fourth Amendment (including Warrants Clause), Fifth Amendment (Due Process and Equal Protection), Ninth Amendment (Rights to Privacy and Liberty), Fourteenth Amendment (Due Process and Equal Protection).

Scheuer v. Rhodes, 416 U.S. 232, 94 S.CT. 1683, 1687 (1974)
"When a judge acts as a trespasser of the law, when a judge does not follow the law, the judge loses subject-matter jurisdiction and the judges' orders are void, of no legal force or effect. The U.S. Supreme Court, in Scheuer v. Rhodes, 416 U.S. 232, 94 S. CT. 1683, 1687 (1974) stated that when a state officer acts under state law in a manner violating the Federal constitution, he "comes into conflict with the superior authority of that Constitution, and he is in that case stripped of his official or representative character and is subjected in his person to the consequences of his individual conduct. The State has no power to impart to him any immunity from responsibility to the supreme authority of the Unites States." [Emphasis supplied in original]. By law, a judge is a state officer. The judge then acts not as a judge but as a private individual (in his person).
Cooper v. Aaron, 358 U.S. 1, 78 S. Ct. 1401, 3 L. Ed. 2d 5 (1958)

The U.S. Supreme Court, in Cooper v. Aaron, 358 U.S. 1 (1958) held that the states were bound by the Court's decisions and had to enforce them even if the states disagreed with them. State government officials are bound to comply with Supreme Court rulings and court orders based upon the Supreme Court's interpretation of the Constitution.
Moreover, since public officials are required to swear an oath to uphold the Constitution (as per Article VI), for these same officials to ignore the Court's precedents is equal to a violation of that oath. Even though education is the responsibility of the state government, that responsibility must be carried out in a manner consistent with the requirements of the Constitution, particularly the Fourteenth Amendment.

The United States Constitution is the supreme law of the land per the Supremacy Clause of Article VI. In Marbury v. Madison, the federal judiciary was declared the supreme Authority with respect to Constitutional interpretation. Marbury v. Madison has been respected by this Court and the nation as a permanent and indispensable component of the American constitutional system of government.
The Supreme Court's interpretation of the Fourteenth Amendment in Brown v. Board of Education case is therefore binding on the states and state officials. By refusing to conform to the Supreme Court's interpretation of the Constitution and precedent, state government officials violate their oath to support the Constitution. To rule otherwise would make the Constitution a solemn mockery.

Right to Travel: Right Not Privilege

"No State government entity has the power to allow or deny passage on the highways, byways, nor waterways... transporting his vehicles and personal property for either recreation or business, but by being subject only to local regulation i.e., safety, caution, traffic lights, speed limits, etc. Travel is not a privilege requiring licensing, vehicle registration, or forced insurances." Chicago Coach Co. v. City of Chicago, 337 Ill. 200, 169 N.E. 22.

Federal statues guarantee (to the Petitioner) protection of his absolute right to Travel (e.g., Drive), Mode of Conveyance, and Locomotion. The Right to Travel and Transportation is not a mere privilege but a fundamental right guaranteed by the U.S. Republic Constitution which CAN NOT be denied.

1. The Right to Travel; The Right to Mode of Conveyance; The Right to Locomotion are all Absolute Rights, and the Police CAN NOT make void the exercise of Rights. State v. Armstead, 60 s, 778,779, and 781:

2. The use of the highways for the purpose of travel and transportation is not a mere privilege, but a common and Fundamental Right of which the public and Natural Beings cannot be deprived. Chicago
Motor Coach v. Chicago 337 Illinois 200,169 NE 22, ALR, Ligare v. Chicago 139 ILL. 46, 28 HE 934, Boone v. Clark 214 SW 607, 25 AM jur (Ist), Highways, sec. 163:

3. The Right to Park or Travel is part of the Liberty of which the Natural Person, citizen cannot be deprived without "due process of law" under the 5th Amendment of the United States Constitution. Kent v. Dulles 357 US 116,125:

4. The Right of a citizen to Travel upon the public highways and to transport one's property thereon, either by carriage or automobile, is not a mere privilege, which a City may prohibit or permit
At will, but a common Right, which he / she have under the Right to Life, Liberty, and the Pursuit of Happiness. Thompson v, Smith 154 SE 579:

5. State Police Power extends only to immediate threats to public safety, health, welfare, etc., Michigan v. Duke 266 US, 476 Led. At 449: which driving and speeding are not. California v. Farley Cede Rpt. 89, 20 CA3rd 1032 (1971):

6. The state is prohibited from violating Substantive Rights. Owens v. City, 445 US 662 (1980); And it CAN NOT do by one power (eg. Police Power) that which is, for example, prohibited expressly to any other such power (eg. Taxation / Eminent Domain) as a matter of Law. US and UT v. Daniels, 22 p 159, nor indirectly that which is prohibited to it directly. Fairbanks v. US 181, US 283, 294, 300:

7. Traveling in an automobile on the public roads was not a threat to the public safety or health and constituted no hazard to the public, and such a traveler owed no other duty to the public (eg. the State); he / she and his / her auto, having equal right to and on the roadways / highways as horses and wagons, etc.; this same right is still Substantive Rule, in that speeding, running stop

signs, traveling without license plates, or registration, are not threats to the public safety, and thus, are not arrest able offenses. Christy v. Elliot, 216 I 131, 74 HE 1035, LRA NS 1905-1910: California v, Farley 98 CED Rpt. 89, 20 CA 3d 1032 (1971).

8. Under the United States Republic's Constitutional system of Government and upon the Individuality and intelligence of the citizen, the State does not claim to control one's conduct to others, leavingonethesolejudgeastoallthataffectsoneself.MuglerV.Kansas1213US623, and 659-60:

9. Where Rights secured by the Constitution are involved, there can be no rule - making or legislation, which would abrogate them. Miranda V. Arizona 384 US 436, 125:

10. The claim and exercise of Constitutional Rights cannot be converted into a crime. Miller v. Kansas 230 F 2nd 486, 489:

11. For a crime to exist there must be an injured party (Corpus Delicti). There can be no sanction or penalty imposed on one because of this Constitutional Right. Sherer V. Cullen 481 F. 945:

12. Any Tribunal (court) finds absence of proof of jurisdiction over a person and subject matter, the case must be dismissed. Louisville v. Motley 211 US 149, 29S. CT 42. "The Accuser Bears the Burden of Proof Beyond a Reasonable Doubt".

13. "Lack of Federal Jurisdiction cannot be waived or overcome by agreement of parties". Griffm v. Matthews, 310 F Supra 341, 342 (1969): and "Want of Jurisdiction may not be cured by consent of parties". Industrial Addition Association v. C.I,R., 323 US 310, 313.

14. If you have relied on prior decisions of the Supreme Court, you have the perfect defense for willfulness. U.S. v. Bishop, 412 US 346

15. "A license means leave to do a thing which the licensor could prevent." Blatz Brewing Co. v. Collins,160P.2d 37, 39; 69 Cal. A. 2d 639.

"The object of a license is to confer a right or power, which does not exist without it." Payne v. Massey (19___) 196 SW 2nd 493, 145 Tex 273.
"The court makes it clear that a license relates to qualifications to engage in profession, business, trade or calling; thus, when merely traveling without compensation or profit, outside of business enterprise or adventure with the corporate state, no license is required of the natural individual traveling for personal business, pleasure and Transportation." Wingfield v. Fielder 2d Ca. 3d 213(1972).

"If [state] officials construe a vague statute unconstitutionally, the citizen may take them at their word, and act on the assumption that the statute is void." - Shuttlesworth v. Birmingham 394 U.S. 147 (1969).

Delegation of Authority

Pursuant to Article III, Section II of the United States Republic Constitution Judicial Authority is vested in the Supreme Court or a lower court which has a "Certified
Delegation of Authority Order". For the record, on the record, and let the record show forward a copy of the certified Delegation of Authority Order confirmed by Congress as a lawful and formal Discovery for Georgia Division of child support services.

Let it be noted for the record, on the record and let the record show a response is required 21 days from receipt of this letter. If no copy of the Certified Delegation of Authority Order(s) is received within the specified time frame this Affidavit of Fact - Writ of Discovery shall stand as Law affirming that Kathy Svensson Bibb county case worker, Georgia Division of child support services nor Bibb county, Georgia Division of child support services OFFICE OF CHILD SUPPORT ENFORCEMENT and its represenitives such as Kathy Svensson, have Jurisdiction as per Article III, Section II of the United States Constitution.

Furthermore I demand, as is my United States Constitutional/ Treaty secured rights, a copy of the 'Oath of Office', Oath of Ethics, and Bond Number for all state/government officials, employees, Judges, prosecutors, agents, clerks, and anyone who has touched or is in anyway involved with this case per Article VI of the United States Republic Constitution and Article I, Section IX of the Constitution of the state of Ohio.

"Where rights secured by the Constitution are involved, there can be no 'rule making' or legislation which would abrogate them.'." MIRANDA v. ARIZONA, 384 U.S. 436 (1966) 491; 86 S. Ct. 1603

"The claim and exercise of Constitutional Rights cannot be converted into a crime. Miller v. Kansas 230 F 2nd 486. 489: "

"When acting to enforce a statue and its subsequent amendments to the present date, the judge of the municipal court is acting as an administrative officer and not in a judicial capacity; courts in administering or enforcing statues do not act judicially, but merely ministerially"
Thompson v Smith 154 SE 583

"A judge ceases to sit as a judicial officer because the governing principle of administrative law provides that courts are prohibited from substituting their evidence, testimony, record, arguments, and rationale for that of the agency. Additionally, courts are
Prohibited .from substituting their judgment for that of the agency. Courts in administrative issues are prohibited from even listening to or hearing arguments, presentations, or rational" ASIS v US 568 F2d, 284

"Ministerial officers are incompetent to receive grants of judicial power from the legislature, their acts in attempting to exercises such powers are necessarily nullities. " Burns v Sup Ct. SF, 140 Cal 1.

For the record, on the record, and let the record show from where does Bobby Cagle and or Georgia Division of child support services DHS, derive their authority and jurisdiction in this matter.

"Once Challenged, jurisdiction cannot be assumed, it must be proved to exist." Stuck v Medical Examiners 94 Ca 2d 751.211,P2d 389.

"The law provides that once State and Federal Jurisdiction has been challenged, it must be proven. "Main v. Thiboutot, 100 S. Ct. 2502 (1980)

Jurisdiction can be challenged at any time." and "Jurisdiction, once challenged, cannot be assumed and must be decided." Basso v. Utah Power & Light Co. 495 F 2d 906,910. "There is no discretion to ignore that lack of jurisdiction."Joyce v. US, 474 F2d 215. "The burden shifts to the court to prove jurisdiction." Rosemond v. Lambert, 469 F2d 416.
Where the court is without jurisdiction, it has no authority to do anything other than to dismiss the case." Fontenot v. State, 932 S.W.2d 185 "Judicial action without jurisdiction is void."-Id (1996)

"Criminal law magistrates have no power of their own and are unable to enforce any ruling." V.r.C.A., Government Code sec. 54.651 et seq., Davis v. State, 956 S. W.2d 555 (1997)Basso v. UPL, 495 F. 2d 906
Under federal Law, which is applicable to all states, the Us. Supreme Court stated that "if a court is without authority, its judgments and orders are regarded as nullities. They are not voidable, but simply void, and form no bar to a recovery sought, even prior to a reversal in opposition to them. They constitute no justification and all persons concerned in executing such
Judgments or sentences are considered, in law, as trespassers. "
Brook v. Yawkey, 200 F. 2d 633 Elliot v. Piersol, 1 Pet. 328, 340, 26 U.S. 328, 340 (1828)
Acts in excess of judicial authority constitutes misconduct, particularly where a judge deliberately disregards the requirements of fairness and due process. *Cannon v. Commission on Judicial Qualifications, (1975) 14 Cai. 3d 678,694
"Constitutional 'rights' would be of little value if they could be indirectly denied."
Gomillion v. Lightfoot, 364 U.S. 155 (1966), cited also in Smith v. Allwright, 321 U.S. 649.644
Supreme Court Justice Field, 'There is no such thing as a power of inherent sovereignty in the government of the United States... In this country, sovereignty resides in the people, and Congress can exercise power, which they have not, by their Constitution, entrusted to it. All else is withheld. Juliard v. Greeman, 110 U.S. 421 (1884)

"An unconstitutional act is not law; it confers no rights; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as inoperative as though it had never
Been passed. " Norton v. Shelby County, 118 U.S. 425 p. 442 "...in our country the people are sovereign and the government cannot sever its relationship to them by taking away their citizenship. " Perez v. Brownell, 356 U.S. 44, 7; 8 S. Ct. 568, 2 L. Ed. 2d 603 (1958)

A response of compliance is required within 21 days of receipt of this Affidavit of Fact-Writ of Discovery.

'Whereas, In light of the foregoing Jurisprudence 'Stare Decisis' Supreme Court Decisions, Facts, and Law; and counter to the negative and 'colorable' social conditions instituted by State Persons

of the Union States Society, there exists a blatant 'WANT OF JURISDICTION' on the part of the Union States Rights Republic (U.S.A.), its agents, personnel, contractors, and assigns. Axioms are legally in force under National and International Law attending these issues. And this Affiant (Natural Person - In Propria Persona) does not waive any rights; does not transfer power of attorney; and does not willingly consent to any public trial or hearing in any 'colorable' tribunal venue or non-Article III, unconstitutional jurisdiction. The Official Oaths, the Obligations, and the Fiduciary duties of all accusers and bound 'claimants' to National Law and Order; Civilization Principles fixed in Constitution Law, still stands! Definition and Truth still Rules. NON-COMPLIANCE is a Federal and International Law offence.

Relief Sought This action seeks this Honorable court and or Georgia Division of child support services DHS to: 1) Enforce of the following: The Divine Constitution and By-Laws of the Moorish Science Temple of America; The Moorish Nation of North America; Act VI: By Being Moorish American, you are Part and Parcel of this said government and Must Live the Life Accordingly; Article VI of the United States Constitution Republic I The Treaty of Peace and Friendship of EIGHTEEN HUNDRED and THIRTY-SIX (1836) A.D., Classifies Moorish Americans as Federal Citizens Possessing Freehold by Inheritance Status-'Truth A-I. See Article 3, Section 2 of 'The Constitution for the United States of America'

2) I, Baba Okotie-Eboh-Bey, demand Due Process as protected by the Fourth (4th) and Fifth (5th) Amendments of the Constitution for the United States of America (Republic).

3) I, Baba Okotie-Eboh-Bey, demand this U.S. District Court for the District of THE STATE OF Georgia stop these abuses of the colorable authority by Georgia Division of child support services DHS services and as it pertains to the Petitioner, and dismiss (alleged) child support case for the lack of jurisdiction along with any other relief deemed necessary in this case.

4) I, Baba Okotie-Eboh-Bey, demand if any criminal charges be found, let them be placed upon Bobby Cagle, and or Georgia Division of child support services DHS

5) I, Baba Okotie-Eboh-Bey , demand this U.S. District Court for the District of the STATE OF GEORGIA Republic to view this Petitioner (in my Proper Person) as a Moorish American National (Natural Born Citizen of the Land) and not as a (brand) NEGRO, BLACKMAN (person), COLORED, AFRICAN-AMERICAN, or any other SLAVE TITLE or 'nom de guerre' imposed upon me for misrepresentation 'Actions' or other acts of 'Misprision' that a misdirected society may "believe" to be true.

6) I, Baba Okotie-Eboh-Bey do not, under any condition or circumstance, by threat, duress, or coercion, waive any rights Inalienable or Secured by the U.S. Constitution or Treaty, and, hereby requests the U.S. District Court for the District of Georgia Republic to fulfill their obligation to preserve the rights of this Petitioner (A Moorish American) and carry out their Judicial Duty in 'Good Faith' by ordering Plaintiff to be brought before the Law to answer for their criminal and unjust actions.

7) All UNCONSTITUTIONAL Court Orders, Citations - Summons / Ticket - Suits / (misrepresented) Bills of Exchange:, and any other 'Orders' or 'Actions' associated with it or them, to be 'Dismissed', 'Abated' and expunged from the Record; being null on its face and merits.

8) All Agents, State and Federal Officials, Contractors are to be informed of the Law of the Land (Constitution) and their obligation to uphold the same and to no longer be excused without action on the part of the Sheriff for violating the same. And, be made cognizance of the recompense of colorable actions on their part, by not adhering to the Law.

9) Any Respondents, Corporate or Natural, Party-Claimants; Involvements be found guilty of the charges and shall result in immediate Recusal of Office.

10) Respondent Georgia Division of child support services DHS will be sued for $250,000 for compensatory damages and $250,000 for punitive damages in its official capacity.

11) Respondent **Bobby Cagle** will be sued for $250,000 for compensatory damages and $250,000 for punitive damages in its official capacity.

12) Respondent **court clerk Erica L. Woodford and or any and all of its represenitives** will be sued for $250,000 for compensatory damages and $250,000 for punitive damages in his or her private capacity.

13) Respondent Georgia Division of child support services DHS, will be sued for $250,000 for compensatory damages and $250,000 for punitive damages in his private capacity.

14) Respondent Georgia Department of driver services (**DDS**) will be sued for $250,000 for compensatory damages and $250,000 for punitive damages in his or her private capacity

I declare under the penalty of perjury under the law of the UNITED STATES CODES that the above is true and correct to the best of my knowledge and honorable intent.

## AFFIDAVIT

Affiant, a Moorish American National Aboriginal Indigenous Divine Being-manifested in human flesh do Declare by virtue of Divine Law: under the Zodiac Constitution; and the United States Republic Constitution; and upon the honor of our Fore-Mothers and our Fore- Fathers that the above Affidavit of Fact - Writ of Discovery is true and correct to the best of my knowledge and honorable intent.
Respectfully submitted this 17th day of April, 1434 M. C. = (C.C.Y. 2015) Respectfully

Submitted this day   April                                          Date 21, 2015

Thank you, I am: Baba Okotie-Eboh-Bey
Authorized Representative
Natural Person, In Propria Persona:
Ex Relatione: David Dentez Brown
(Not a Corporate Person or Entity, Misrepresented by Fraudulent Construct of ALL CAPITAL LETTERS)
All Rights Reserved: U.C.C. 1-207/1-308/1-103 Georgian Cherokee Territory
[C/o 2690 Tredway Dr
Macon, Georgia [Zip Exempt] Non-Domestic

WITNESS _____ Date 4/21/15

Propria Persona - All Rights Reserved: ucc 1-207/1-308, ucc 1-103

WITNESS _____ Date 4/21/15

Propria Persona - All Rights Reserved: ucc 1-207/1-308, ucc 1-103
Cc:
United States Justice Department United States Attorney General Eric H. Holder Jr.
United Nations High Commissioner Palais Wilson
Office of the United Nations High Commissioner for Human Rights (OHCHR)
Palais des Nations
CH-1211 Geneva 10, Switzerland
International Justice Court The Hague, The Netherlands
Carnegieplein 2, 2517 KJ Den Haag, Netherlands
International Criminal Court
Maanweg 174, 2516 AB The Hague, Netherlands

The Most Holy Francis issued an Apostolic Letter on July 11 and effective September 1, 2013 that effectively stripped away the immunity of all judges, attorneys, government officials and all entities established under the Roman Curia [ All corporations are established under the Roman Curia]. All of these "persons" can now be held accountable for war crimes, crimes against humanity, [Divine Spirit is humanity], for the unlawful restrictions of the liberties of the divine spirit incarnate; for failure to settle the accounts; for continued prosecution of claims already settled, etc.

APOSTOLIC LETTER
ISSUED *MOTU PROPRIO*
OF THE SUPREME PONTIFF

**FRANCIS**
ON THE JURISDICTION OF JUDICIAL AUTHORITIES OF VATICAN CITY STATE
IN CRIMINAL MATTERS

In our times, the common good is increasingly threatened by transnational organized crime, the improper use of the markets and of the economy, as well as by terrorism.

It is therefore necessary for the international community to adopt adequate legal instruments to prevent and counter criminal activities, by promoting international judicial cooperation on criminal matters.

In ratifying numerous international conventions in these areas, and acting also on behalf of Vatican City State, the Holy See has constantly maintained that such agreements are effective means to prevent criminal activities that threaten human dignity, the common good and peace.

With a view to renewing the Apostolic See's commitment to cooperate to these ends, by means of this Apostolic Letter issued *Motu Proprio*, I establish that:

1. The competent Judicial Authorities of Vatican City State shall also exercise penal jurisdiction over:

a) crimes committed against the security, the fundamental interests or the patrimony of the Holy See;

b) crimes referred to:

- in Vatican City State Law No. VIII, of 11 July 2013, containing *Supplementary Norms on Criminal Law Matters*;

- in Vatican City State Law No. IX, of 11 July 2013, containing *Amendments to the Criminal Code and the Criminal Procedure Code*;

when such crimes are committed by the persons referred to in paragraph 3 below, in the exercise of their functions;

c) any other crime whose prosecution is required by an international agreement ratified by the Holy See, if the perpetrator is physically present in the territory of Vatican City State and has not been extradited.

2. The crimes referred to in paragraph 1 are to be judged pursuant to the criminal law in force in Vatican City State at the time of their commission, without prejudice to the general principles of the legal system on the temporal application of criminal laws.

3. For the purposes of Vatican criminal law, the following persons are deemed *"public officials"*:

a) members, officials and personnel of the various organs of the Roman Curia and of the Institutions connected to it.

b) papal legates and diplomatic personnel of the Holy See.

c) those persons who serve as representatives, managers or directors, as well as persons who even *de facto* manage or exercise control over the entities directly dependent on the Holy See and listed in the registry of canonical juridical persons kept by the Governorate of Vatican City State;

d) any other person holding an administrative or judicial mandate in the Holy See, permanent or temporary, paid or unpaid, irrespective of that person's seniority.

4. The jurisdiction referred to in paragraph 1 comprises also the administrative liability of juridical persons arising from crimes, as regulated by Vatican City State laws.

5. When the same matters are prosecuted in other States, the provisions in force in Vatican City State on concurrent jurisdiction shall apply.

6. The content of article 23 of Law No. CXIX of 21 November 1987, which approves the *Judicial Order of Vatican City State* remains in force.

This I decide and establish, anything to the contrary not withstanding.

I establish that this Apostolic Letter issued Motu Proprio will be promulgated by its publication in L'Osservatore Romano, entering into force on **1 September 2013**.

*Given in Rome, at the Apostolic Palace, on **11 July 2013**, the first of my Pontificate.*

**FRANCISCUS**